Shah Peerally (CA Bar No: 230818)
Erich Keefe (CA Bar No: 226746)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Plaintiff

**E-filing**

**FILED** Ce

NOV 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO, CALIFORNIA

A D R

| | |
|---|---|
| Liu Xiaozhi | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Michael Mukasey, Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez, Director of United States Citizenship & Immigration Services; Robert S. Mueller, III, Christina Poulos, Director of the California Service Center; Robin Barrett, USCIS District Director, et al; | ) |
| Defendants | ) |

**C07-05983** cw

Case No.

COMPLAINT FOR MANDAMUS
TO COMPEL DEFENDANTS
TO COMPLETE ADJUDICATION
OF ADJUSTMENT OF STATUS
APPLICATION

A98-445-667
WAC 05-067-51678

### PLAINTIFFS' ORIGINAL COMPLAINT
### FOR WRIT IN THE NATURE OF
### MANDAMUS

COMES NOW Liu Xiaozhi, Plaintiff in the above-styled and numbered cause, and for cause

of action would show unto the Court to following:

1.    This action is brought against the Defendants to compel action on an application for lawful

permanent resident status properly filed by the Plaintiff. The application was filed and

remains within the jurisdiction of the Defendants, who have improperly withheld action on

said application to Plaintiff's detriment.

## PARTIES

2.   Plaintiff Liu Xiaozhi   is a 40 year old native and citizen of China. On or about January 7,

2005, she applied to adjust her status to that of a lawful permanent resident as a derivative of

her husband's approved I-140 petition.  Her husband's adjustment of status has been granted.

3.   Defendant Michael Mukasey is Attorney General of the United States, and this action is

brought against him in his official capacity. He is generally charged with enforcement of the

Immigration and Nationality Act, and is further authorized to delegate such powers and

authority to subordinate employees of the Department of Justice. 8 U.S.C. §1103(a). More

specifically, the Attorney General is responsible for the adjudication of applications for

adjustment of status filed pursuant to §245 of the Immigration and Nationality Act (INA), 8

U.S.C. §1255. The United States Citizenship and Immigration Service is an agency within

the Department of Justice to whom the Attorney General's authority has in part been

delegated, and is subject to the Attorney General's supervision.

4.   Defendant Michael Chertoff, is Secretary of the Department of Homeland Security, and this

action is brought against him in his official capacity.  He is charged with supervisory

authority over all operations within the Department of Homeland Security. The United States

Citizenship and Immigration Service is an agency within the Department of Homeland

Security to whom the Secretary of Homeland Security's authority has in part been delegated,

and is subject to his supervision.

5.   Defendant, Emilio Gonzalez, is Director of USCIS, and this action is brought against him in

his official capacity.  He is charged with supervisory authority over all operations of USCIS.

6.   Defendant, Christina Poulos, is Director of the USCIS California Service Center, and this

action is brought against her in her official capacity. She is charged with supervisory

authority over all operations of the California Service Center.

7.   Defendant, Robin Barrett, USCIS District Director is the official of the United States Citizenship and Immigration Service generally charged with supervisory authority over all operations of the USCIS within her District with certain specific exceptions not relevant here. This action is brought against her in her official capacity. 8 CFR §103.1(g) (2)(ii)(B). As will be shown, Defendant District Director is the official with whom Plaintiffs' USCIS applications were properly filed.

8.   Defendant, Robert S. Mueller, III, Director of the Federal Bureau of Investigations is charged with Supervisory Authority over all operations of the FBI. Defendant, Robert Mueller, III, is responsible for the completion of the security clearance in Plaintiffs' case.

## JURISDICTION

9.   Jurisdiction in this case is proper under 28 U.S.C. §§1331 and 1361, 5 U.S.C. §701 *et seq.,* and 28 U.S.C. §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

10.  Venue is proper in this court, pursuant to 28 U.S.C. §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiffs' claim occurred. More specifically, Plaintiffs' applications for Immediate relative status and for lawful permanent resident status were properly filed and, to Plaintiffs' knowledge, remain pending with the San Francisco USCIS District Director.

## EXHAUSTION OF REMEDIES

11.  Plaintiff has exhausted her administrative remedies. Plaintiff has made in-person, inquiries concerning the status of the application, to no avail. There are no administrative remedies remaining for the Plaintiff to exhaust, because there is no administrative body to which she can appeal the refusal of the Defendants to perform their ministerial duties.

## CAUSE OF ACTION

12. On or about January 7, 2005, Plaintiff submitted an I-485 application to adjust her status to that of a lawful permanent resident.

13. Plaintiff has not received any written notice of decision regarding the I-485 petition.

14. At the time of said filing, such applications were being adjudicated by the Defendant District Director in a period of between three and nine months.

15. Ms. Xiaozhi's application for adjustment of status has now remained unadjudicated for two years and ten months. See Nadler v. INS, 737 F.Supp. 658 (D.D.C. 1989)(a delay of two years in the processing of an application for adjustment of status was considered unreasonable); Paunescu v. INS, 76 F.Supp. 2d 896, 902 (N.D. ILL. 1999)(mandamus granted for two-year delay in processing adjustment of status application). Yu v. Brown, 36 F. Supp. 2d 922, 935 (D.N.M. 1999) (two and one half year delay is on its face an unreasonable amount of time to process a routine application and requires an explanation).

16. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements. To date, said application has not been adjudicated.

17. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to adjudicate Plaintiff's application for almost three years, thereby depriving her of the right to a decision on her status and the peace of mind to which Plaintiff is entitled.

18. Ms. Xiaozhi Liu has been damaged by being deprived of the status of lawful permanent resident during the interminable pendency of her application. Ms. Xiaozhi Liu seeks to integrate fully into American life, society and culture. Naturalization as an American citizen, with the rights and privileges inherent therein, depends upon prior permanent resident status

for at least 5 years. Ms. Xiaozhi Liu is therefore being deprived of the right to accumulate the requisite time as a permanent resident before she is eligible to apply for naturalization, as a direct result of Defendants' failure to timely adjudicate her application to adjust status.

19.    Plaintiff has been further damaged by the failure of Defendants to act in accord with their duties under the law.

   (a)    Specifically, Plaintiff Ms. Xiaozhi Liu would like to travel internationally. So long as her application for adjustment of status is pending, her travel is restricted by federal regulation which requires special permission to travel abroad ("advanced parole") during the pendency of such applications. 8 CFR §245.2(a)(4). Departure without the advanced parole would be deemed an abandonment of the permanent resident application. *Id.* This situation operates to the great inconvenience and harassment of Plaintiffs.

   (b)    Plaintiff, Ms. Xiaozhi Liu has further been damaged in that her employment authorization is tied to her status as an applicant for permanent residency, and is limited to increments not to exceed one year. 8 CFR §274a.12(c)(9). Therefore, as in the case of the advanced parole, Ms. Xiaozhi Liu has been forced to repeatedly apply (and pay) for extensions of employment authorization, to the continued inconvenience and harassment of Ms. Xiaozhi Liu, which is required by law to continually insure her work eligibility. INA §274A(a)(2), 8 U.S.C. §1324a(a)(2).

20.    The Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

21.    Plaintiff has made status inquiries in an attempt to secure adjudication of her application, all

to no avail. Accordingly, Plaintiff has been forced to retain the services of an attorney to pursue the instant action.

## PRAYER

22.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a)    requiring Defendants to adjudicate both Plaintiff's application for adjustment of status within 30 days;

(b)    awarding Plaintiff's reasonable attorney's fees; and

(c)    granting such other relief at law and in equity as justice may require.

Dated: November___, 2007

Respectfully submitted,

_____
Shah Peerally, Esq.
Attorney for Plaintiff

_____
Erich Keefe, Esq
Attorney for Plaintiff

## LIST OF EXHIBITS

*Exhibit Description*

1    Notice of Receipt of I-485 dated January 7, 2005;

2    I-797C, with biometrics processing stamp dated September 28, 2005;

3    I-797C, with biometrics processing stamp dated September 29, 2006;

4    DBI tenprinter applicant information worksheet, dated February 3, 2005.

LIU XIAOZHI MANDAMUS                                                     6

**"Exhibit 1"**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>WAC-05-067-51678 | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
| **RECEIVED DATE**<br>December 29, 2004   **PRIORITY DATE** | **APPLICANT** A98 445 667<br>LIU, XIAOZHI |
| **NOTICE DATE**<br>January 7, 2005   **PAGE**<br>1 of 1 | |

| | |
|---|---|
| MILES ROEDER<br>TAFAPOLSKY & SMITH LLP<br>RE: XIAOZHI LIU<br>90 NEW MONTGOMERY ST 8 FL<br>SAN FRANCISCO CA 94105 | Notice Type:  Receipt Notice<br><br>Amount received: $  385.00<br><br>Section: Derivative adjustment |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.



RECEIVED
JAN 1 2 2005

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



**"Exhibit 2"**

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | | NOTICE DATE 09/22/2005 |
|---|---|---|
| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# A098445667 |
| I485  Application to Register Permanent Resident or Adjust Status | | |
| APPLICATION NUMBER WAC0506751678 | CODE 2 | SERVICE CENTER WSC |
| | | PAGE 1 of 1 |

XIAOZHI LIU
3338 SHADOW LEAF DR
SAN JOSE, CA 95132

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:  XTE / SAN JOSE
BIOMETRICS QA REVIEW BY:

ON SEP 2 8 2005

TENPRINTS QA REVIEW BY

ON

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED
BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE | 10/25/2005 |
| 122 CHARCOT AVE. | 11:00 AM |
| SAN JOSE, CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS SAN JOSE                                          APPLICATION NUMBER 1
122 CHARCOT AVE.                                   I485    .  WAC0506751678
SAN JOSE, CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

**"Exhibit 3"**

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | |
|---|---|
| **APPLICATION NUMBER** WAC0506751678 | **NOTICE DATE** 9/19/2006 |

**CASE TYPE**
I485 Application to Register Permanent Resident or Adjust Status

| | | |
|---|---|---|
| **SOCIAL SECURITY NUMBER** | **USCIS A#** A098445667 | **CODE** 1 |
| **TCR** | **SERVICE CENTER** WSC | **PAGE** 1 of 1 |

XIAOZHI LIU
3338 SHADOW LEAF DR
SAN JOSE, CA 95132

BIOMETRICS PROCESSING STAMP
XTE/SANJOSE
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY
ON SEP 2 9 2006

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS SAN JOSE | 10/05/2006 |
| 122 CHARCOT AVE. | 10:00 AM |
| SAN JOSE, CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

## REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon   ☐ Saturday afternoon
U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the orginal with your request to
USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

**APPLICATION NUMBER 1**
I485      WAC0506751678

If you have any questions regarding this notice, please call 1-800-375-5283.

## WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

**"Exhibit 4"**

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: _Liu_ _Xiaozhi_ _____
         Last                First                 Middle             Suffix

DATE OF BIRTH: _1967_ _10_ _23_ PHONE #: _408-254 4056_
                      Year   Month   Day

PLACE OF BIRTH: _Hei Long Jiang_ SEX: (Male or Female) _Female_

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native    ____ Black    ____ White (Hispanic also check)

_✓_ Asian or Pacific Island    ____ Unknown

HEIGHT: _5_ Feet _02_ Inches        WEIGHT: _95_ Pounds

EYE COLOR: Check the most appropriate code below:

_✓_Black ____Brown ____Green ____Gray ____Pink ____Hazel ____Blue ____Maroon

HAIR COLOR: Check the most appropriate code below:

_✓_Black ____Bald ____White ____Sandy ____Red ____Gray ____Blonde ____Brown

COUNTRY OF CITIZENSHIP: _CHINESE_

SOCIAL SECURITY NUMBER: _611_ – _27_ – _2219_

ALIEN REGISTRATION NUMBER: A _098 445 667_

LIST ANY OTHER NAMES YOU HAVE USED:

_____
      Last             First              Middle           Suffix

RESIDENCE ADDRESS (List mailing address if different from resident):

_3338 Shadow Leaf Dr._ _____ _San Jose_ _CA_ _95132_
Street number and name     Apartment #     City     State     Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _I-485_

LOCAL AIW STAMP
FD-258 Completed at ASC ___ ATF SAN JOSE ___
On: FEB 3 2005 By: ___
QC Check Completed By: ___