1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |
Attorneys for Defendants
8 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LIU XIAOZHI,                                  )
                                              )   No. C 07-5983 CW
         Plaintiff,                           )
                                              )
         v.                                   )   **STIPULATION TO EXTEND DATES;**
                                              )   **and [PROPOSED] ORDER**
MICHAEL MUKASEY, Attorney General             )
of the United States; MICHAEL CHERTOFF,       )
Secretary of the Department of Homeland       )
Security; EMILIO GONZALEZ, Director of        )
United States Citizenship and Immigration     )
Services; ROBERT S. MUELLER, III;             )
CHRISTINA POULOS, Director of the             )
California Service Center; ROBIN BARRETT,     )
USCIS District Director, et al.,              )
                                              )
         Defendants.                          )
                                              )

   Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about November 27, 2007. Defendants' answer is currently due on February 4, 2008.

   2. Pursuant to this Court's November 27, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on February 19, 2008, and attend a case management conference on February 26, 2008.

Stipulation for Extension
C 07-5983 CW                                  1

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | March 25, 2008 |
| Last day to file Joint ADR Certification: | April 1, 2008 |
| Last day to file/serve Joint Case Management Statement: | April 8, 2008 |
| Case Management Conference: | April 15, 2008, at 2:00 p.m. |

Date: February 4, 2008                                          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                                                          /s/
                                                                EDWARD A. OLSEN[1]
                                                                Assistant United States Attorney
                                                                Attorneys for Defendants


Date: February 4, 2008                                                    /s/
                                                                ERICH KEEFE
                                                                SHAH PEERALLY
                                                                Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____                              _____
                                                                CLAUDIA WILKEN
                                                                United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Extension
C 07-5983 CW                                                              2