1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 LIU XIAOZHI,                          )
                                         )  No. C 07-5983 CW
13         Plaintiff,                    )
                                         )
14      v.                               )  **STIPULATION TO DISMISS; AND**
                                         )  **ORDER**
15 MICHAEL MUKASEY, Attorney General     )
   of the United States; MICHAEL CHERTOFF,)
16 Secretary of the Department of Homeland)
   Security; EMILIO GONZALEZ, Director of )
17 United States Citizenship and Immigration )
   Services; ROBERT S. MUELLER, III;     )
18 CHRISTINA POULOS, Director of the     )
   California Service Center; ROBIN BARRETT,)
19 USCIS District Director, et al.,      )
                                         )
20         Defendants.                   )
                                         )
21

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

24 the adjudication of Plaintiff's adjustment of status application.

25 ///

26 ///

27 ///

28

Stipulation for Dismissal
C 07-5983 CW                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: February 12, 2008                                  Respectfully submitted,

3 |                                                          JOSEPH P. RUSSONIELLO
  |                                                          United States Attorney

4 |

5 |                                                          _____/s/_____
  |                                                          EDWARD A. OLSEN[1]
6 |                                                          Assistant United States Attorney
  |                                                          Attorneys for Defendants

7 |

8 |

9 | Date: February 12, 2008                                  _____/s/_____
  |                                                          ERICH KEEFE
10|                                                          SHAH PEERALLY
  |                                                          Attorneys for Plaintiff

11|

12|                                    **ORDER**

13|     Pursuant to stipulation, IT IS SO ORDERED.

14| Date:       3/13/08                                      _____
15|                                                          CLAUDIA WILKEN
  |                                                          United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Dismissal
C 07-5983 CW                                    2